**FILED**

03/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0731

IN THE SUPREME COURT OF THE STATE OF MONTANA

CASE NO. DA 22-0731

------------------------------------------------------------------------------------

| | | |
|---|---|---|
| RAMES, INC. formerly d/b/a CENTRAL INSURANCE AGENCY, | ) ) ) | |
| Defendant/Appellant, | ) ) | **ORDER EXTENDING TIME FOR APPELLANT RAMES, INC.'S OPENING BRIEF** |
| -vs.- | ) ) ) | |
| TCF ENTERPRISES, INC. d/b/a MALMQUIST CONSTRUCTION and  CINCINATTI INSURANCE COMPANY, | ) ) ) ) ) | |
| Plaintiffs/Appellees. | ) | |

------------------------------------------------------------------------------------

Pursuant to Appellant's Unopposed Motion for Extension of Time to File Appellant's Opening Brief to May 5, 2023, no objection being made by counsel for Appellees herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant shall have to and including May 5, 2023, within which to file its opening brief.

ORDER EXTENDING TIME FOR
APPELLANT RAMES, INC.'S OPENING BRIEF                Page 1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 27 2023